# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 2, 2021

## NO. 03-20-00419-CV

**Trayce Castillo Goode, Appellant**

**v.**

**Brenda Lanig, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on August 11, 2020. Having reviewed the record, the Court holds that Trayce Castillo Goode has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.